United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

2-14

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Reina Rentas Estevez, a.k.a. Zaida Vargas<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:14mj 017 (WIG)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 14, 2008** in the county of **Fairfield** in the District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1542 | false statement in an application for a United States passport |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Jaran Starks, dated February 19, 2014.

☑ Continued on the attached sheet.

*Complainant's signature*

Jaran Starks, SA, U.S. Dept. of State, DSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/19/2014

/s/ William I Garfinkel, USMJ
*Judge's signature*

City and state: Bridgeport, CT

William I Garfinkel, U.S. Magistrate Judge
*Printed name and title*