UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | ss: Bridgeport, CT |
| | : | |
| | : | February 19, 2014 |
| COUNTY OF HARTFORD | : | |

### AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

Jaran Starks, being duly sworn, deposes and states as follows:

#### INTRODUCTION

1.  I am a Special Agent with United States Department of State, Bureau of Diplomatic Security, and have been so employed since March of 2013. I have conducted investigations involving violations of the laws involving passport fraud. I am currently assigned to the New York Field Office in Fort Lee, New Jersey and am currently assigned to investigate passport and visa fraud violations. I am a law enforcement officer of the United States and am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. Section 1542 and other federal offenses.

2.  I make this affidavit in support of an application for a criminal complaint and an arrest warrant for REINA RENTAS ESTEVEZ, a.k.a. Zaida Vargas, date of birth January 4, 1956, an adult female who is believed to be a native and citizen of the Dominican Republic.

3.  Based on the facts set forth below, I submit that there is probable cause to believe, and I do believe, that ESTEVEZ has submitted a false statement in the application for a United States passport in violation of Title 18, United States Code, Section 1542. Accordingly, I make this affidavit in support of a criminal complaint charging REINA RENTAS ESTEVEZ with a violation of 18 U.S.C. Section 1542. I also submit this affidavit in support of the issuance of an



arrest warrant authorizing the arrest of REINA RENTAS ESTEVEZ for this criminal violation.

## STATUTORY AUTHORITY

4.  This investigation concerns violations of 8 U.S.C. Section 1542, which prohibits knowing and willful false statements in application for a United States passport for one's own use.

## DETAILS OF THE INVESTIGATION

5.  On March 9, 2006, a female identifying herself as Zaida Vargas, born on December 3, 1957, in Guaynabo, Puerto Rico, with a current address of 1880 Lafayette Ave, Apt. 19H, in the Bronx, New York, applied for a United States Passport at the Bronx Supreme Court in New York, New York. Vargas stated on the application that she was planning to travel to Mexico on April 5, 2006, for a period of ten (10) days and paid the fee for expedited processing. When additional identifying information was requested of Vargas that day by the passport authorities, she could not provide it. A letter requesting the information was then sent by the passport authorities to her home address on April 19, 2006. Vargas responded, in writing, but did not provide the requested identification documents. A second letter dated May 24, 2006 was sent thereafter by the passport authorities to Vargas, requesting the same information and was sent to the same address. This time there was no response to the letter sent from the Passport Agency. The passport application submitted by Vargas was ultimately deemed abandoned by the United States Passport Agency and a United States Passport was not issued to Vargas.

6.  On March 14, 2008, a female identifying herself as Zaida Vargas filed a second application for a United States Passport, utilizing the same identification information as provided in the 2006 passport application. On this occasion, the application was filed at the Norwalk, Connecticut Passport Agency. In the application, Vargas indicated travel plans on March 18,

2008 to Canada for a period of six (6) days. The United States passport was issued on this occasion.

7. On May 7, 2012, an individual identifying herself as Zaida Vargas applied for a New York state driver's license. The request generated a facial recognition match under the name of REINA ESTEVEZ, who had a prior New York State driver's license in the system. The information regarding ESTEVEZ/Vargas was provided to the State Department office of Diplomatic Security, New York Field Office for review. The two United States passport applications submitted by Vargas in 2006 and 2008 were located and Vargas' true identity of REINA RENTAS ESTEVEZ was confirmed.

8. Immigration records revealed that ESTEVEZ legally entered the United States in the late 1980's as a non-immigrant from the Dominican Republic. When her legal status in the United States expired, ESTEVEZ attempted to legalize, but her attempts were denied and on November 16, 2005, an Immigration Judge ordered that she be removed from the United States to the Dominican Republic. The Order has not been executed, to date.

9. Computer database inquiries reveal that between the dates of October 23, 2008 and May 2, 2010, ESTEVEZ utilized the United States Passport issued to her in the name of Zaida Vargas to travel to Santiago, Chile on two occasions, the Dominican Republic on one occasion, and Toronto, Canada on one occasion, returning to the United States following each trip.

10. Attempts have been made to determine whether an individual with the true identity of Zaida Vargas exists and is still living, but the investigation continues to date.



11.     Based on the foregoing facts, and my training and experience as a Special Agent participating in this investigation, there is probable cause to believe, and I do believe, that REINA RENTAS ESTEVEZ a.k.a. Zaida Vargas has made a false statement in application for a United States passport, in violation of Title 18, United States Code, Section 1542, and request that a criminal complaint and arrest warrant issue against her for this offense.

_____
Jaran Starks
Special Agent
United States Department of State
Diplomatic Security Services

Subscribed and sworn to before me this 19th day of February, 2014 at Bridgeport, Connecticut.

__/s/ William I. Garfinkel, USMJ__
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF CONNECTICUT

